Certiorari dismissed, March 22, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6520**

———————

RONALD MILES,

                                    Petitioner - Appellant,

      versus

RONALD ANGELONE,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-00-204-AM)

———————

Submitted:  August 23, 2001      Decided:  August 30, 2001

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ronald Miles, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald Miles seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Miles' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Miles v. Angelone</u>, No. CA-00-204-AM (E.D. Va. filed Mar. 17, 2001; entered Mar. 19, 2001). In addition, we deny Miles' motions for appointment of counsel, for discovery, and to supplement the record, and his numerous motions for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>